McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $185,296.93 IN U.S. CURRENCY,<br><br>        Defendant. | CIV-F-03-6341 REC LJO<br><br>FINAL JUDGMENT OF FORFEITURE |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.   This is a civil forfeiture action against approximately $185,296.93 in U.S. Currency (hereinafter "defendant currency") seized on April 23, 2003.

    2.   A Complaint for Forfeiture *In Rem* was filed on September 29, 2003, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

    3.   On or about September 29, 2003, the Court issued a Summons & Warrant of Arrest *In Rem* for the defendant currency,

1

1 and that warrant was duly executed on January 22, 2004.

2     4.  On February 4, 2004, a Public Notice of Arrest of the defendant currency appeared by publication in <u>The Business Journal</u>, a newspaper of general circulation in the county in which defendant currency was seized (Fresno County).  The Proof of Publication was filed with the Court on March 7, 2005.

    5.   In addition to the Public Notice of Arrest having been completed, actual notice of the complaint, Application and Order for Publication, Summons & Warrant for Arrest *In Rem*, Affidavit and Court Notices were personally served upon claimant Martin Villasenor España (hereinafter "España") on February 3, 2004.  In addition, a courtesy copy of the above-referenced documents was sent via certified mail to España's then attorney Harry M. Drandell, and received on October 3, 2003.

    6.  On October 30, 2003, claimant España filed a claim, contesting the forfeiture of the defendant currency.  Because the civil forfeiture case was related to an ongoing criminal case in the United States District Court, Eastern District of California, Case No: CR-F-03-5220 REC, a Stipulation for Extension of Time for Claimant to Answer Complaint was filed with the Court on November 18, 2003.  The stipulation provided that claimant España would have until December 19, 2003 to answer or respond to the Verified Complaint for Forfeiture *In Rem*.  On December 12, 2003, an Order was entered wherein the civil action was further stayed. On November 29, 2004, a plea agreement was entered into between claimant España, the United States of America, and their respective counsel, in the related criminal case, *U.S. v. Martin España Villasenor*, Case No: CR-F-03-5220 REC.

7. The stay of this action has expired.  Apart from claimant España, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.  Accordingly, the government also seeks as part of this stipulated judgment a judgment against all potential claimants pursuant to Local Rule A-540(d).

8. In the Memorandum of Plea Agreement Pursuant to Rule 11(C) of the Federal Rules of Criminal Procedure filed on November 29, 2004, defendant Martin Villasenor España agreed to plea guilty to Counts Two, Three, Four, Five, Six and Seven of the indictment which charges him with Mail Fraud, in violation of Title 18, United States Code, Section 1341, Count Seventy-three with Conspiracy to Commit Money Laundering and County Seventy-six with Forfeiture in violation of Title 18, United States Code, Sections 982(a)(1), (a)(2)(A) and (a)(2)(B)

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That upon entry of a Final Judgment of Forfeiture, the approximately $185,296.93 in U.S. Currency, together with any interest that may have accrued on that amount, seized on or about April 23, 2003, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A), to be disposed of according to law.

3. That the interest of claimant España and all other

potential claimants are extinguished.

  4. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  The parties to this stipulation waive the provisions of California Civil Code §1542.

  5. That all parties are to bear their own costs and attorneys' fees.

  SO ORDERED THIS   22   day of   March  , 2006.


            /s/Robert E. Coyle
            ROBERT E. COYLE
            United States District Judge